MOJAC FINANCE COMPANY, INC., Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY, Appellant, Impleaded with Others.

(Argued September 29, 1930; decided October 7, 1930.)

*Louis Rosenberg* for motion.
*David A. Ticktin* opposed.

Motion denied, with ten dollars costs.